**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 09-cr-00375-JLK-01
09-cr-00376-JLK-01

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

RAYMOND RUSSELL GRISBACK,

    Defendant.

## ORDER CONTINUING SUPERVISION AND MODIFYING THE CONDITIONS OF SUPERVISED RELEASE

    THIS MATTER was before the Court for a supervised release violation hearing on August 19, 2010, upon report of the probation officer that the defendant has violated the terms and conditions of his supervision. The Court, having heard statements by the defendant, defense counsel, counsel for the government, and the probation officer, hereby

    ORDERS that the defendant's term of supervised release be continued under the previously imposed conditions with the added condition that the defendant shall not consume alcoholic beverages during his term of supervised release. He shall not enter a bar or other establishment where the sale of alcohol is the primary source of income. It is

    FURTHER ORDERED that the defendant be placed on home detention for a period of six (6) months, to commence within twenty-one (21) days of sentencing. During this period, the defendant shall remain at his place of residence at all times other than time spent at work or time spent on other activities approved in advance by the probation officer. This period of home detention shall be enforced by electronic monitoring. To permit this monitoring, the defendant shall maintain a telephone at his place of residence without any special services, modems, answering machines, or

cordless telephones.  The defendant shall wear electronic monitoring devices and follow all other procedures specified by the probation officer.  The defendant shall pay the cost of electronic monitoring as directed by the probation officer.

DATED at Denver, Colorado, this 19th day of August, 2010.

BY THE COURT:

*s/John L. Kane*
JOHN L. KANE
Senior United States District Judge